# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE JACKSON, *et al.*, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-1750-BAH |

## NOTICE OF APPEARANCE

Please take notice that Alexander W. Resar of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel for all Defendants in the above-captioned matter.

| | |
|---|---|
| Dated: July 8, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>*/s/ Alexander W. Resar*<br>ALEXANDER W. RESAR (N.Y. Bar 5636337)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L ST. N.W.<br>Washington, DC 20005<br>Tel:  (202) 616-8188<br>alexander.w.resar@usdoj.gov<br><br>*Counsel for Defendants* |