IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE JACKSON, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, et al., <br><br> *Defendants*. | Case No.: 1:25-cv-01750 |

## NOTICE OF APPEARANCE

Please take notice that Jessica Merry Samuels hereby appears as counsel of record for Plaintiffs in the above-captioned case.

Dated: July 9, 2025

Respectfully submitted,

  */s/ Jessica Merry Samuels*

Jessica Merry Samuels (DC Bar No. 1552258)
**Civil Service Law Center LLP**
1325 G Street NW, Suite 500, PMB 801
Washington, DC 20005
(202) 571-7840
jsamuels@civilservicellp.com