CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
      Plaintiff(s)

Civil Action No.  1:25-cv-01750

vs.

Robert F. Kennedy, Jr., et al.
_____
      Defendant(s)

## AFFIDAVIT OF MAILING

I, Jessica Merry Samuels_____, hereby state that:

On the 6th_____ day of June_____, 2025____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

     ROBERT F. KENNEDY, JR., 200 Independence Avenue SW Washington, DC 20201

     I have received the receipt for the certified mail, No. 9589 0710 5270 1907 5717 37

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 11th_____ day of June_____, 2025____ .

     I declare under penalty of perjury that the foregoing is true and correct.

_____7/9/2025_____                   /s/ Jessica Merry Samuels_____
      (Date)                                (Signature)

UNITED STATES
POSTAL SERVICE

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5717 37**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 11, 2025, 12:27 pm |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *a.Tyler* *a.Tyler* |
| Address of Recipient: | *HHS* *20201* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
       Plaintiff(s)

                                     Civil Action No. <u>1:25-cv-01750</u>

vs.

Robert F. Kennedy, Jr., et al.
_____
       Defendant(s)

### AFFIDAVIT OF MAILING

I, <u>Jessica Merry Samuels</u>, hereby state that:

On the <u>6th</u> day of <u>June</u>, <u>2025</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, 200 Independence Avenue SW Washington, DC 20201

I have received the receipt for the certified mail, No. <u>9589 0710 5270 1907 5717 20</u> (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the <u>11th</u> day of <u>June</u>, <u>2025</u>.

I declare under penalty of perjury that the foregoing is true and correct.

<u>     7/9/2025     </u>
        (Date)

<u>   /s/ Jessica Merry Samuels   </u>
        (Signature)

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5717 20**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 11, 2025, 12:27 pm |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | *a.Tyler* *a.Tyler* |
| Address of Recipient: | *HHS 20201* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
Plaintiff(s)

Civil Action No. <u>1:25-cv-01750</u>

vs.

Robert F. Kennedy, Jr., et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, <u>Jessica Merry Samuels</u>, hereby state that:

On the <u>6th</u> day of <u>June</u>, <u>2025</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## RUSSELL VOUGHT, 725 17th Street NW Washington, DC 20503

I have received the receipt for the certified mail, No. <u>9589 0710 5270 1907 5717 44</u> (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the <u>17th</u> day of <u>June</u>, <u>2025</u>.

I declare under penalty of perjury that the foregoing is true and correct.

_____
7/9/2025
(Date)

_____
/s/ Jessica Merry Samuels
(Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5717 44**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 17, 2025, 4:13 am |
| **Location:** | WASHINGTON, DC 20503 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
        Plaintiff(s)

                                                    Civil Action No. _1:25-cv-01750_

    vs.

Robert F. Kennedy, Jr., et al.
_____
        Defendant(s)

## AFFIDAVIT OF MAILING

I, _Jessica Merry Samuels_____, hereby state that:

On the _6th_____ day of _June_____, _2025___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


OFFICE OF MANAGEMENT AND BUDGET, 725 17th Street NW Washington, DC 20503


I have received the receipt for the certified mail, No. _9589 0710 5270 1907 5717 51_

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _17th_____ day of _June_____, _2025___.

I declare under penalty of perjury that the foregoing is true and correct.


_____7/9/2025_____                    ____/s/ Jessica Merry Samuels____
        (Date)                                        (Signature)

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5717 51**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 17, 2025, 4:13 am |
| **Location:** | WASHINGTON, DC 20503 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature |
| --- |



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
         Plaintiff(s)

                                                    Civil Action No.  1:25-cv-01750
                                                                     _____

     vs.

Robert F. Kennedy, Jr., et al.
_____
         Defendant(s)

### AFFIDAVIT OF MAILING

I, Jessica Merry Samuels
   _____, hereby state that:

On the   6th   day of   June   , 2025   , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

ELON MUSK, 1650 Pennsylvania Avenue NW Washington, DC 20504

I have received the receipt for the certified mail, No.  9589 0710 5270 1907 5717 68

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the   17th   day of   June   , 2025   .

I declare under penalty of perjury that the foregoing is true and correct.

_____                    _____
        7/9/2025                                /s/ Jessica Merry Samuels
        (Date)                                       (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5717 68**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 17, 2025, 4:13 am |
| **Location:** | WASHINGTON, DC 20503 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

| Recipient Signature |
|---|



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
Plaintiff(s)

Civil Action No. 1:25-cv-01750

vs.

Robert F. Kennedy, Jr., et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, Jessica Merry Samuels_____, hereby state that:

On the 6th_____ day of June_____, 2025____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

AMY GLEASON, 1650 Pennsylvania Avenue NW Washington, DC 20504

I have received the receipt for the certified mail, No. 9589 0710 5270 1907 5717 75

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 17th_____ day of June_____, 2025____.

I declare under penalty of perjury that the foregoing is true and correct.

_____7/9/2025_____          _____/s/ Jessica Merry Samuels_____
        (Date)                              (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5717 75**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 17, 2025, 4:13 am |
| **Location:** | WASHINGTON, DC 20503 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
       Plaintiff(s)

                                          Civil Action No. <u>1:25-cv-01750</u>

   vs.

Robert F. Kennedy, Jr., et al.
_____
       Defendant(s)

## AFFIDAVIT OF MAILING

I, <u>Jessica Merry Samuels</u>, hereby state that:

On the <u>6th</u> day of <u>June</u>, <u>2025</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

     U.S. DOGE SERVICE, 1650 Pennsylvania Avenue NW Washington, DC 20504

I have received the receipt for the certified mail, No. <u>9589 0710 5270 1907 5717 82</u> (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the <u>17th</u> day of <u>June</u>, <u>2025</u>.

I declare under penalty of perjury that the foregoing is true and correct.

<u>    7/9/2025    </u>
          (Date)

<u>   /s/ Jessica Merry Samuels   </u>
          (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5717 82**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 17, 2025, 4:13 am |
| **Location:** | WASHINGTON, DC 20503 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

| Recipient Signature |
|---|



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
Plaintiff(s)

Civil Action No. 1:25-cv-01750

vs.

Robert F. Kennedy, Jr., et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Jessica Merry Samuels, hereby state that:

On the 6th day of June, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. DOGE SERVICE TEMPORARY ORGANIZATION, 1650 Pennsylvania Avenue NW Washington, DC 20504

I have received the receipt for the certified mail, No. 9589 0710 5270 1907 5718 12 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 17th day of June, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
7/9/2025                                        /s/ Jessica Merry Samuels
(Date)                                             (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1907 5718 12**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 17, 2025, 4:13 am |
| **Location:** | WASHINGTON, DC 20503 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
              Plaintiff(s)

                                                    Civil Action No. <u>1:25-cv-01750</u>

vs.


Robert F. Kennedy, Jr., et al.
_____
              Defendant(s)

## AFFIDAVIT OF MAILING

I, <u>Jessica Merry Samuels</u>, hereby state that:

On the <u>6th</u> day of <u>June</u>, <u>2025</u>, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


# CHARLES EZELL, 1900 E Street NW Washington, DC 20415


I have received the receipt for the certified mail, No. <u>9589 0710 5270 1907 5717 99</u>

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the <u>11th</u> day of <u>June</u>, <u>2025</u>.

I declare under penalty of perjury that the foregoing is true and correct.


_____              _____
         7/9/2025                                         /s/ Jessica Merry Samuels
            (Date)                                            (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5717 99**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 11, 2025, 1:40 pm |
| **Location:** | WASHINGTON, DC 20415 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature |
| --- |

| | |
| --- | --- |
| Signature of Recipient: | *T Flimin* *T. Flimic* |
| Address of Recipient: | *20415* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
        Plaintiff(s)

                                                    Civil Action No. <u>1:25-cv-01750</u>

    vs.

Robert F. Kennedy, Jr., et al.
_____
        Defendant(s)

## <u>AFFIDAVIT OF MAILING</u>

I, <u>Jessica Merry Samuels</u>, hereby state that:

On the <u>6th</u> day of <u>June</u>, <u>2025</u>, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

U.S. OFFICE OF PERSONNEL MANAGEMENT, 1900 E Street NW Washington, DC 20415

I have received the receipt for the certified mail, No. <u>9589 0710 5270 1907 5718 05</u>

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the <u>11th</u> day of <u>June</u>, <u>2025</u>.

I declare under penalty of perjury that the foregoing is true and correct.

<u>        7/9/2025        </u>                    <u>    /s/ Jessica Merry Samuels    </u>
        (Date)                                            (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5718 05**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 11, 2025, 1:40 pm |
| **Location:** | WASHINGTON, DC 20415 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *T Flemin / T. Flemi* |
| Address of Recipient: | *20415* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
        Plaintiff(s)


                                                    Civil Action No. _1:25-cv-01750_

        vs.


Robert F. Kennedy, Jr., et al.
_____
        Defendant(s)


### AFFIDAVIT OF MAILING

I, _Jessica Merry Samuels_____, hereby state that:

On the _6th____ day of _June_____, _2025__, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


ANDREW GRADISON, 330 C Street SW Washington, DC 20201


I have received the receipt for the certified mail, No. _9589 0710 5270 1907 5718 29_

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _11th____ day of _June_____, _2025__.

I declare under penalty of perjury that the foregoing is true and correct.


_____7/9/2025_____          _____/s/ Jessica Merry Samuels_____
        (Date)                              (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5718 29**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 11, 2025, 12:27 pm |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | a.Tyler  a.Tyler |
| Address of Recipient: | HHS  20201 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
            Plaintiff(s)

                                                    Civil Action No.  1:25-cv-01750
                                                                     _____

    vs.

Robert F. Kennedy, Jr., et al.
_____
            Defendant(s)

### AFFIDAVIT OF MAILING

I, Jessica Merry Samuels
   _____, hereby state that:

On the  6th      day of  June                  ,  2025    , I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


ADMINISTRATION FOR CHILDREN AND FAMILIES, 330 C Street SW Washington, DC 20201


I have received the receipt for the certified mail, No.  9589 0710 5270 1907 5718 36

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the  11th     day of  June                 ,  2025  .

I declare under penalty of perjury that the foregoing is true and correct.


_____                    _____
        7/9/2025                                    /s/ Jessica Merry Samuels
          (Date)                                           (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5718 36**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 11, 2025, 12:27 pm |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | a.Tyler a.Tyler |
| Address of Recipient: | HHS 20201 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
      Plaintiff(s)

Civil Action No. <u>1:25-cv-01750</u>

vs.

Robert F. Kennedy, Jr., et al.
_____
      Defendant(s)

### AFFIDAVIT OF MAILING

I, <u>Jessica Merry Samuels</u>, hereby state that:

On the <u>6th</u> day of <u>June</u>, <u>2025</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

MARTIN MAKARY, 10903 New Hampshire Avenue Silver Spring, MD 20993-0002

I have received the receipt for the certified mail, No. <u>9589 0710 5270 1907 5718 43</u> (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the <u>10th</u> day of <u>June</u>, <u>2025</u>.

I declare under penalty of perjury that the foregoing is true and correct.

<u>   7/9/2025   </u>
(Date)

<u>  /s/ Jessica Merry Samuels  </u>
(Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5718 43**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 10, 2025, 11:07 am |
| **Location:** | ROCKVILLE, MD 20852 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

| Recipient Signature |
|---|

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
Plaintiff(s)

Civil Action No. 1:25-cv-01750
_____

vs.

Robert F. Kennedy, Jr., et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Jessica Merry Samuels , hereby state that:
On the 6th day of June , 2025 , I caused to be deposited in the
United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,
return receipt requested, restricted delivery, addressed to the following defendant:

U.S. FOOD AND DRUG ADMINISTRATION, 10903 New Hampshire Avenue Silver Spring, MD 20993-0002

I have received the receipt for the certified mail, No. 9589 0710 5270 1907 5718 50
(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant
on the 10th day of June , 2025 .

I declare under penalty of perjury that the foregoing is true and correct.

_____7/9/2025_____                    ___/s/ Jessica Merry Samuels___
(Date)                                          (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1907 5718 50**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 10, 2025, 11:07 am |
| **Location:** | ROCKVILLE, MD 20852 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
            Plaintiff(s)

                                                Civil Action No.  1:25-cv-01750
                                                                 _____

        vs.

Robert F. Kennedy, Jr., et al.
_____
            Defendant(s)

### AFFIDAVIT OF MAILING

I, Jessica Merry Samuels
   _____, hereby state that:

On the __6th____ day of __June_____, 2025____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


## SUSAN MONAREZ, 1600 Clifton Road Atlanta, GA 30329


I have received the receipt for the certified mail, No. 9589 0710 5270 1907 5718 67
                                                       _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __9th_____ day of __June_____, 2025___ .

I declare under penalty of perjury that the foregoing is true and correct.


_____7/9/2025_____          _____/s/ Jessica Merry Samuels_____
            (Date)                                      (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5718 67**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered to Agent, Picked up at USPS |
| **Status Date / Time:** | June 9, 2025, 9:26 am |
| **Location:** | ATLANTA, GA 30329 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

**Recipient Signature**

Signature of Recipient:
(Authorized Agent)



Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
Plaintiff(s)

Civil Action No. <u>1:25-cv-01750</u>

vs.

Robert F. Kennedy, Jr., et al.
_____
Defendant(s)

## <u>AFFIDAVIT OF MAILING</u>

I, <u>Jessica Merry Samuels</u>, hereby state that:

On the <u>6th</u> day of <u>June</u>, <u>2025</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

CENTERS FOR DISEASE CONTROL AND PREVENTION 1600 Clifton Rd. Atlanta, GA 30329

I have received the receipt for the certified mail, No. <u>9589 0710 5270 1907 5718 74</u> (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the <u>9th</u> day of <u>June</u>, <u>2025</u>.

I declare under penalty of perjury that the foregoing is true and correct.


<u>7/9/2025</u>                              <u>/s/ Jessica Merry Samuels</u>
(Date)                                        (Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5718 74**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered to Agent, Picked up at USPS |
| **Status Date / Time:** | June 9, 2025, 9:26 am |
| **Location:** | ATLANTA, GA 30329 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature |
| --- |

| | |
| --- | --- |
| Signature of Recipient: (Authorized Agent) |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Catherine Jackson, et al.
_____
　　　　Plaintiff(s)

　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. <u>1:25-cv-01750</u>

vs.

Robert F. Kennedy, Jr., et al.
_____
　　　　Defendant(s)

## <u>AFFIDAVIT OF MAILING</u>

I, <u>Jessica Merry Samuels</u>, hereby state that:

On the <u>6th</u> day of <u>June</u>, <u>2025</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General of the United States, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001

I have received the receipt for the certified mail, No. <u>9589 0710 5270 1907 5718 81</u> (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the <u>12th</u> day of <u>June</u>, <u>2025</u>.

I declare under penalty of perjury that the foregoing is true and correct.

<u>　　　7/9/2025　　　</u>　　　　　　　<u>　/s/ Jessica Merry Samuels　</u>
　　　　　(Date)　　　　　　　　　　　　　　　　(Signature)

**UNITED STATES POSTAL SERVICE**

July 9, 2025

Dear Jessica Samuels:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1907 5718 81**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 12, 2025, 5:10 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 7.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004