IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE JACKSON, *et al.*, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,[1]<br><br>*Defendants*. | Civil Action No. 1:25-cv-1750-BAH |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)

Defendants respectfully move to dismiss the above-captioned proceeding pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support of this motion, Defendants refer the Court to the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jim O'Neill, the Acting Director of the Centers for Disease Control and Prevention, is substituted as a Defendant in his official capacity for former-Director Susan Monarez.

1

Dated: September 5, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　　Deputy Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　*/s/ Alexander W. Resar*
　　　　　　　　　　　　　　　　　　　　ALEXANDER W. RESAR
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L ST. N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel:  (202) 616-8188
　　　　　　　　　　　　　　　　　　　　alexander.w.resar@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*