IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE JACKSON, *et al.*, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-1750-BAH |

**[PROPOSED] ORDER**

The Court having considered Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and Plaintiffs' opposition thereto, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

**IT IS SO ORDERED**.

Date: _____

                                                                                           HON. BERYL A. HOWELL
                                                                                           Senior United States District Judge