IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE JACKSON, et al., *Plaintiffs*, vs. ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, et al., *Defendants*. | Case No.: 1:25-cv-01750-BAH |

**[PROPOSED ORDER]**

Upon consideration of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), it is hereby ORDERED that the Motion is DENIED.

SO ORDERED.


Date: _____            _____

HON. BERYL A. HOWELL
Senior United States District Judge