# **Exhibit 1**

| | |
|---|---|
| 1 | STANLEY WOODWARD |
| 2 | Associate Attorney General |
| 3 | BRETT A. SHUMATE |
| 4 | Assistant Attorney General<br>Civil Division |
| 5 | ERIC J. HAMILTON |
| 6 | Deputy Assistant Attorney General |
| 7 | EMILY M. HALL |
| 8 | TIBERIUS DAVIS<br>ELIZABETH HEDGES |
| 9 | Counsel to the Assistant Attorney General |
| 10 | Civil Division |
| 11 | CHRISTOPHER R. HALL<br>Assistant Branch Director |
| 12 | BRAD P. ROSENBERG<br>Special Counsel |
| 13 | R. CHARLIE MERRITT (VA Bar No. 89400) |
| 14 | Senior Counsel<br>Civil Division, Federal Programs Branch |
| 15 | U.S. Department of Justice<br>950 Pennsylvania Ave NW |
| 16 | Washington, DC 20530 |
| 17 | Phone: (202) 616-0929<br>E-mail: elizabeth.t.hedges@usdoj.gov |
| 18 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF THOMAS J. NAGY JR.** |

Declaration of Thomas J. Nagy Jr.
3:25-cv-08302-SI

I, Thomas J. Nagy Jr., declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am the Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer at the U.S. Department of Health and Human Services (HHS). I make this declaration based on personal knowledge and information provided to me in the course of my official duties.

2.  On Friday, October 10, 2025, HHS finalized a list of employees to receive Reduction-in-Force (RIF) notices in connection with the lapse in appropriated funding to the Department.

3.  As a result of data discrepancies and processing errors, RIF notices were issued on October 10, 2025, to approximately 1,760 employees instead of to the 982 employees who were intended to receive RIF notices. Employees have been working since October 10, 2025, to rescind the notices that had been issued in error. The final number of RIF notices that have been issued to HHS employees is 982.

4.  A 60-day notice period prior to separation from employment has been provided to employees who received RIF notices on October 10, 2025.

5.  HHS has not issued any additional RIF notices after October 10, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2025

THOMAS J. NAGY JR -S
Digitally signed by THOMAS J. NAGY JR -S
Date: 2025.10.14 15:46:17 -04'00'

Thomas J. Nagy Jr.
Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer
U.S. Department of Health and Human Services