# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE JACKSON, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, et al., <br><br> *Defendants*. | Case No.: 1:25-cv-01750-BAH |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Renewed Motion to Reinstate Reply Deadline, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that Defendants shall file a reply in support of their motion to dismiss by October 20, 2025.

SO ORDERED.

Date: _____          _____

HON. BERYL A. HOWELL
Senior United States District Judge