UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE JACKSON, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Human and Health Services, *et al.*,<br><br>Defendants. | Civil Action No. 25-1750 (BAH)<br><br>Judge Beryl A. Howell |

**ORDER**

Upon consideration of Motion to Dismiss, ECF No. 12, filed by defendants the United States Department of Health and Human Services, the Office of Management and Budget, the U.S. DOGE Service and U.S. DOGE Service Temporary Organization, the Office of Personnel Management, the Administration for Children and Families, the Food and Drug Administration, and the Centers for Disease Control and Prevention (collectively "defendants"), and their heads, in their official capacities, and the related memoranda in support and in opposition, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants' Motion to Dismiss, ECF No. 12, is **DENIED**; it is further

**ORDERED** that defendants' Motion to Dismiss, ECF No. 12, as to individual defendants named in their official capacities, Robert F. Kennedy, Jr., Russell Vought, Elon Musk, Amy Gleason, Charles Ezell, Andrew Gradison, Martin Makary, Jim O'Neill, and Susan Monarez, is **GRANTED**; it is further

1

**ORDERED** that the individual defendants named in their official capacities, Robert F. Kennedy, Jr., Russell Vought, Elon Musk, Amy Gleason, Charles Ezell, Andrew Gradison, Martin Makary, Jim O'Neill, and Susan Monarez, are terminated from this matter; and it is further

**ORDERED** that, by February 6, 2026, the parties submit the Joint Meet and Confer Report required by D.D.C. LOCAL CIVIL RULE 16.3(d), including a proposed schedule to address plaintiffs' anticipated motion for class certification.  *See* Standing Order ¶ 4, ECF No. 5; *see also* Jt. Mot. To Extend Resp. Pleading Deadline and To Stay LCVR 23.1(B) Deadline for Plaintiffs' Mot. for Class Certification at 2, ECF No. 10 ("The parties respectfully submit that class certification will be most efficiently addressed following resolution of Defendants' anticipated motion to dismiss.").

**SO ORDERED.**

Date:   January 22, 2026

_____
**BERYL A. HOWELL**
United States District Judge
