IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE JACKSON, *et al.*, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-1750-BAH |

**[PROPOSED] ORDER**

Considering Defendants' Unopposed Motion to Extend Deadline to File Joint Meet and Confer Report,

**IT IS ORDERED** that the Motion is **GRANTED**.

The deadline for the parties to file a joint meet and confer report is hereby extended from February 6, 2026, to February 20, 2026.

**SO ORDERED**.

Dated:  February ___, 2026

                                                                                    _____
                                                                                    Honorable Beryl A. Howell
                                                                                    Senior United States District Judge