**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CATHERINE JACKSON, MELISSA ADAMS, CARRIE GREENE, VID DESAI, SHAWN CHENAULT, BRENDAN DEMICH, and FONDA KORNEGAY, individually, and on behalf of all others similarly situated,

*Plaintiffs*,

vs.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,

*Defendants*.

Case No.: 1:25-cv-01750

**DEFENDANTS' [PROPOSED] SCHEDULING ORDER**

Upon consideration of the Parties' Proposed Case Schedules in the Joint Meet and Confer Statement Report (ECF No. __), it is hereby ORDERED that the following Scheduling Order is entered, subject to the rights of the parties to modify the schedule by stipulation and the right of any party to request that the Court modify the Scheduling Order for good cause shown:

| **Defendants' Proposed Schedule** | |
|---|---|
| **Event** | **Actual or Proposed Deadline** |
| Joint Meet and Confer Report | February 20, 2026 |
| Answer to Complaint | February 20, 2026 |
| Class Certification<br>1. Motion for Class Certification and Plaintiffs' Class Expert Disclosures<br>2. Opposition to Motion for Class Certification<br>3. Reply in support of Motion for Class Certification | <br>1. April 27<br>2. June 11<br>3. July 2 |

| Defendants' Proposed Schedule | |
|---|---|
| **Event** | **Actual or Proposed Deadline** |
| 4. Hearing on Motion for Class Certification | 4. August 3 or at the Court's convenience |
| Exchange of Rule 26(a)(1) Initial Disclosures | 14 days after the Court's decision on Class Certification |
| Close of Fact Discovery (including answers to interrogatories, document production, requests for admissions, and fact depositions) | 6 months from the Court's decision on Class Certification |
| Merits Expert Discovery<br>1. Opening Expert Reports<br>2. Rebuttal Expert Reports<br>3. Close of Merits Expert Discovery, including depositions | 1. 7 days after the Close of Fact Discovery<br>2. 30 days from Opening Expert Reports<br>3. 30 days from Rebuttal Expert Reports |
| Dispositive and Expert Motions<br>1. Opening Motion(s)<br>2. Opposition to Opening Motion(s)<br>3. Reply in support of Opening Motion(s)<br>4. Hearing on Dispositive and/or Expert Motion(s) | 1. 45 days after the close of all discovery<br>2. 30 days after Opening Motion deadline<br>3. 21 days after Opposition deadline<br>4. 30 days after Reply deadline |
| Final Pre-Trial Conference | 45 days after the Court's disposition of all Dispositive and Expert Motions |
| Trial | To be set at Pre-Trial Conference per Local Civil Rule 16.3(c)(5) |

It is further ordered that, pursuant to Federal Rule of Evidence 502(d), privileged documents produced inadvertently by any party shall not constitute a waiver of any applicable privilege so long as the producing party timely requests a clawback of the privileged document.

**SO ORDERED.**

DATE: ______________________________

______________________________
BERYL A. HOWELL
United States District Judge