IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHERINE JACKSON, et al.,

     *Plaintiffs*,

     vs.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

     *Defendants*.

Case No.: 1:25-cv-01750-BAH

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), all Parties hereby stipulate to dismissal without prejudice of all claims brought by Plaintiffs Brendan Demich and Fonda Kornegay. The Parties further stipulate to dismissal without prejudice of all claims against Defendant Centers for Disease Control and Prevention.

Dated: March 17, 2026

Respectfully submitted,

  */s/ Clayton L. Bailey*

Clayton L. Bailey (DC Bar No. 1644867)
Kathleen Shelton (DC Bar No. 1619066)
Margaret (Emmy) Wydman (DC Bar No. 9007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7836
cbailey@civilservicellp.com

BRETT A. SHUMATE
Assistant Attorney General

1

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch


*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel:  (202) 531-1325
brittany.s.bruns@usdoj.gov
*Counsel for Defendants*

2