**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CATHERINE JACKSON, et al., | |
| *Plaintiffs*, | Case No.: 1:25-cv-01750-BAH |
| vs. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| *Defendants*. | |

**[PROPOSED ORDER]**

Upon consideration of the Parties' Stipulation of Partial Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that all claims brought by Plaintiffs Brendan Demich and Fonda Kornegay are DISMISSED WITHOUT PREJUDICE. It is further ORDERED that all claims against Defendant Centers for Disease Control and Prevention are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Date: _____          _____

HON. BERYL A. HOWELL
Senior United States District Judge