**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHERINE JACKSON, *et al.*, individually and on behalf of all others similarly situated<br><br>     *Plaintiffs*,<br><br>*v.*<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>     *Defendants*. | Civil Action No. 1:25-cv-1750-BAH |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Please take notice that the undersigned attorney, Alexander W. Resar, withdraws his appearance as counsel for Defendants in the above-captioned action.  Defendants will continue to be represented by Brittany Bruns and Elizabeth J. Shapiro in this matter.


Dated: July 28, 2026      Respectfully submitted,

            */s/ Alexander W. Resar*
            ALEXANDER W. RESAR (N.Y. Bar 5636337)
            Trial Attorney
            United States Department of Justice
            Civil Division, Federal Programs Branch
            1100 L ST. N.W.
            Washington, DC 20005
            Tel:  (202) 616-8188
            alexander.w.resar@usdoj.gov

            *Counsel for Defendants*