**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHERINE JACKSON, *et al.*, | |
| *Plaintiffs*, | Case No.: 1:25-cv-01750-BAH |
| vs. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | **JOINT MOTION TO EXTEND SCHEDULING ORDER** |
| *Defendants*. | |

Pursuant to this Court's Standing Order (ECF No. 5, ¶ 8), the Parties respectfully move the Court to amend and extend the scheduling order set forth in its March 2, 2026 Minute Order (the Scheduling Order) as set forth below and in the attached Proposed Amended Scheduling Order. The reasons underlying this motion are as follows:

1.  This is the Parties' first request to extend the Scheduling Order.

2.  Since the Court's entry of the Scheduling Order, the Parties have engaged in initial discovery. The Parties have exchanged initial disclosures, Plaintiffs served initial discovery requests on Defendants on March 23, and Defendants provided initial responses on April 22 and May 6. Although Defendants have produced copies of the RIF notices and RIF rescission notices for the putative class, as well as a small number of other documents, Defendants have not yet produced a substantial majority of the documents requested by Plaintiffs. Relatedly, necessary depositions have not yet been scheduled due to the need for further document productions.

3.  Based on the foregoing, the Parties respectfully request an extension of the Scheduling Order. Good cause exists for the requested extension, as the extension will allow the Parties to complete the necessary written and oral discovery. To ensure meaningful progress is achieved throughout the proposed discovery period, and to reduce the need for further extension

1

requests, the Parties negotiated a series of interim deadlines, as set forth below, that prioritize certain document productions and depositions.  Further, Defendants have agreed to complete the custodial document production for a given witness at least ten days prior to that witness's deposition.

4.	Therefore, the Parties propose the below amended schedule (memorialized in the Proposed Amended Scheduling Order attached hereto), which extends the deadlines for fact discovery, briefing on class certification, expert discovery, and briefing on any dispositive and expert motions by approximately six months beyond the dates set forth in the Scheduling Order.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deposition of HHS Rule 30(b)(6) representative | N/A | First two weeks of September, 2026 |
| Custodial document productions (including privilege logs) for 7 HHS custodians; depositions noticed for same | N/A | September 15, 2026 |
| Custodial document productions (including privilege logs) for an additional 7 custodians across HHS, OMB, and OPM; depositions noticed for same | N/A | November 12, 2026 |
| Custodial document productions (including privilege logs) for all remaining custodians across HHS, OMB, and OPM; depositions noticed for same | N/A | January 11, 2027 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery (including answers to interrogatories and requests for admissions, as well as any remaining document productions and fact depositions) | September 21, 2026 | March 12, 2027 |
| Class Certification<br>1. Motion for Class Certification and Plaintiffs' Class Expert Disclosures<br><br>2. Opposition to Motion for Class Certification<br><br>3. Reply in support of Motion for Class Certification | 1. September 21, 2026<br><br>2. November 5, 2026 (45 days after Class Certification Motion deadline)<br><br>3. November 30, 2026 (~21 days after Opposition deadline and accounting for Thanksgiving) | 1. March 12, 2027<br><br>2. April 30, 2027 (~45 days after Class Certification Motion deadline and accounting for Passover)<br><br>3. May 21, 2027 (21 days after Opposition deadline) |
| Merits Expert Discovery<br>1. Opening Reports<br><br>2. Rebuttal Reports<br><br>3. Close of Merits Expert Discovery, including depositions | 1. December 14, 2026<br><br>2. January 13, 2027 (30 days after Opening Reports)<br><br>3. February 12, 2027 (30 days after Rebuttal Reports) | 1. June 4, 2027<br><br>2. July 7, 2027 (~30 days after Opening Reports and accounting for July Fourth)<br><br>3. August 6, 2027 (30 days after Rebuttal Reports) |
| Dispositive and Expert Motions<br>1. Opening Motion(s)<br><br>2. Opposition to Opening Motion(s)<br><br>3. Reply in support of Opening Motion(s) | 1. March 29, 2027 (45 days after the Close of Merits Expert Discovery)<br><br>2. April 28, 2027 (30 days after Opening Motion deadline)<br><br>3. May 19, 2027 (21 days after Opposition deadline) | 1. September 20, 2027 (45 days after the Close of Merits Expert Discovery)<br><br>2. October 20, 2027 (30 days after Opening Motion deadline)<br><br>3. November 10, 2027 (21 days after Opposition deadline) |

3

Dated: August 14, 2026

*/s/ Clayton L. Bailey*
Clayton L. Bailey (DC Bar No. 1644867)
Kathleen Shelton (DC Bar. No. 1619066)
Margaret (Emmy) Wydman (DC Bar No. 90007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7836
cbailey@civilservicellp.com
kshelton@civilservicellp.com
ewydman@civilservicellp.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
(202) 531-1325
brittany.s.bruns@usdoj.gov

*Counsel for Defendants*