**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHERINE JACKSON, *et al.*,<br><br>    *Plaintiffs*,<br><br>    vs.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>    *Defendants*. | Case No.: 1:25-cv-01750-BAH<br><br><br>**[PROPOSED] AMENDED SCHEDULING<br>ORDER** |

Upon consideration of the Joint Motion to Extend the Scheduling Order (ECF No. __), it is hereby ORDERED that the following Amended Scheduling Order is entered, subject to the right of any party to request that the Court modify the Scheduling Order for good cause shown:

| | |
|---|---|
| Deposition of HHS Rule 30(b)(6) representative | First two weeks of September, 2026 |
| Custodial document productions (including privilege logs) for 7 priority HHS custodians; depositions noticed for same | September 15, 2026 |
| Custodial document productions (including privilege logs) for an additional 7 custodians across HHS, OMB, and OPM; depositions noticed for same | November 12, 2026 |
| Custodial document productions (including privilege logs) for all remaining custodians across HHS, OMB, and OPM; depositions noticed for same | January 11, 2027 |
| Close of Fact Discovery (including answers to interrogatories and requests for admissions, as well as any remaining document productions and fact depositions) | March 12, 2027 |

| Class Certification | |
|---|---|
| 1. Motion for Class Certification and Plaintiffs' Class Expert Disclosures | 1. March 12, 2027 |
| 2. Opposition to Motion for Class Certification | 2. April 30, 2027 (~45 days after Class Certification Motion deadline and accounting for Passover) |
| 3. Reply in support of Motion for Class Certification | 3. May 21, 2027 (21 days after Opposition deadline) |
| Merits Expert Discovery | |
| 1. Opening Reports | 1. June 4, 2027 |
| 2. Rebuttal Reports | 2. July 7, 2027 (~30 days after Opening Reports and accounting for July Fourth) |
| 3. Close of Merits Expert Discovery, including depositions | 3. August 6, 2027 (30 days after Rebuttal Reports) |
| Dispositive and Expert Motions | |
| 1. Opening Motion(s) | 1. September 20, 2027 (45 days after the Close of Merits Expert Discovery) |
| 2. Opposition to Opening Motion(s) | 2. October 20, 2027 (30 days after Opening Motion deadline) |
| 3. Reply in support of Opening Motion(s) | 3. November 10, 2027 (21 days after Opposition deadline) |

It is further ordered that, pursuant to Federal Rule of Evidence 502(d), privileged documents produced inadvertently by any party shall not constitute a waiver of any applicable privilege so long as the producing party timely requests a clawback of the privileged document.

**SO ORDERED.**

DATE: _____

_____
BERYL A. HOWELL
United States District Judge

2