**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CATHERINE JACKSON, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

*Defendants*.

Case No.: 1:25-cv-01750-BAH

**AMENDED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Extend the Scheduling Order (ECF No. 36), it is hereby ORDERED that the following Amended Scheduling Order is entered, subject to the right of any party to request that the Court modify the Scheduling Order for good cause shown:

| | |
|---|---|
| Deposition of HHS Rule 30(b)(6) representative | First two weeks of September, 2026 |
| Custodial document productions (including privilege logs) for 7 priority HHS custodians; depositions noticed for same | September 15, 2026 |
| Custodial document productions (including privilege logs) for an additional 7 custodians across HHS, OMB, and OPM; depositions noticed for same | November 12, 2026 |
| Custodial document productions (including privilege logs) for all remaining custodians across HHS, OMB, and OPM; depositions noticed for same | January 11, 2027 |
| Close of Fact Discovery (including answers to interrogatories and requests for admissions, as well as any remaining document productions and fact depositions) | March 12, 2027 |

| | |
|---|---|
| <u>Class Certification</u><br>1. Motion for Class Certification and Plaintiffs' Class Expert Disclosures<br>2. Opposition to Motion for Class Certification<br>3. Reply in support of Motion for Class Certification | 1. March 12, 2027<br>2. April 30, 2027 (~45 days after Class Certification Motion deadline and accounting for Passover)<br>3. May 21, 2027 (21 days after Opposition deadline) |
| <u>Merits Expert Discovery</u><br>1. Opening Reports<br>2. Rebuttal Reports<br>3. Close of Merits Expert Discovery, including depositions | 1. June 4, 2027<br>2. July 7, 2027 (~30 days after Opening Reports and accounting for July Fourth)<br>3. August 6, 2027 (30 days after Rebuttal Reports) |
| <u>Dispositive and Expert Motions</u><br>1. Opening Motion(s)<br>2. Opposition to Opening Motion(s)<br>3. Reply in support of Opening Motion(s) | 1. September 20, 2027 (45 days after the Close of Merits Expert Discovery)<br>2. October 20, 2027 (30 days after Opening Motion deadline)<br>3. November 10, 2027 (21 days after Opposition deadline) |

It is further ordered that, pursuant to Federal Rule of Evidence 502(d), privileged documents produced inadvertently by any party shall not constitute a waiver of any applicable privilege so long as the producing party timely requests a clawback of the privileged document.

**SO ORDERED.**

DATE: August 18, 2026

**BERYL A. HOWELL**
United States District Judge