**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHERINE JACKSON, *et al.*, individually and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>*v.*<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-1750-BAH |

**NOTICE OF APPEARANCE**

Please take notice that Pamela I. Amaechi of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel for all Defendants in the above-captioned matter.

Dated: September 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

BRITTANY BRUNS
Trial Attorney, Federal Programs Branch

*/s/ Pamela I. Amaechi*____
PAMELA I. AMAECHI
(D.C. Bar 1672958)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel: (202) 598-5093
pamela.i.amaechi@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, a true and correct copy of the above Notice of Appearance was served via electronic mail on all counsel of record.

*/s/ Pamela I. Amaechi*____
PAMELA I. AMAECHI