**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHERINE JACKSON, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-01750-BAH |

**MOTION FOR EXTENSION OF TIME**

Defendants respectfully move to extend the November 12, 2026, deadline to complete custodial document productions for seven custodians to November 30, 2026. Granting this request will not affect any other deadline other than the deadline sought to be moved. On November 8, 2026, counsel for Defendants emailed counsel for Plaintiff regarding this request. Counsel for Plaintiff conveyed that they consent to this request.

Defendants acknowledge that this motion is untimely under this Court's four-day rule. Defendants did not realize the need for the extension until Sunday, November 8, 2026, and filed this motion as soon as practicable.

This Court has previously granted 4 extensions of time in this case: (1) a joint motion to amend the scheduling order, ECF No. 37; (2) a joint motion to extend Defendants' responsive pleading deadline by three weeks from August 4, 2025, to August 25, 2025, and to stay the 90-day deadline for Plaintiffs to move for class certification, July 10, 2025, Minute Order; (3) a consent motion to extend the deadline for Defendants to file their reply in support of their motion to

Dismiss from September 26, 2025, to October 3, 2025, September 18, 2025, Minute Order; and (4) an unopposed motion to extend time to submit a joint meet and confer report from February 6, 2026, to February 20, 2026, February 4, 2026, Minute Order.

Good cause supports this request. Defendants have produced tens of thousands of documents thus far in this litigation and require a short extension of this interim deadline to complete their productions for certain custodians.

Dated: November 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Brittany S. Bruns*
BRITTANY S. BRUNS (D.C. Bar 1658394)
Trial Attorney
PAMELA AMAECHI (D.C. Bar 1672958)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
(202) 531-1325
Brittany.S.Bruns@usdoj.gov
Pamela.I.Amaechi@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CATHERINE JACKSON, *et al.*,

*Plaintiffs*,

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

*Defendants*.

Case No.: 1:25-cv-01750-BAH

**[PROPOSED] ORDER**

Considering Defendants' Consent Motion for Extension of Time,

**IT IS ORDERED** that the Motion is **GRANTED**.

The deadline to complete custodial document productions for seven custodians is hereby extended from November 12, 2026, to November 30, 2026.

**SO ORDERED**.

Dated: November ___, 2026

______________________________
Honorable Beryl A. Howell
Senior United States District Judge